UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHEUNG YIN SUN, et al. : | |
| Plaintiffs, : | CIVIL ACTION NO. 3:14-cv-1098 (JCH) |
| v. : | |
| MASHANTUCKET PEQUOT : GAMING ENTERPRISE, et al., : | |
| Defendants. : | FEBRUARY 27, 2015 |

## TRIBAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 4 and 12 of the Federal Rules of Civil Procedure, defendants Mashantucket Pequot Gaming Enterprise d/b/a Foxwoods Resort Casino (the "Tribal Gaming Enterprise"); and Anne Chen, Jeff DeClerck, Edward Gasser, George Henningsen, Frank Leone, Michael Santagata, and Chester Sicard (hereinafter collectively referred to as the "Individual Tribal Defendants"),[1] hereby move to dismiss the instant action.

The Tribal Defendants' Motion is made on two main grounds. First, the plaintiffs cannot establish personal jurisdiction over the Tribal Defendants because they have failed to effect service upon any of them in the seven months since filing this action in July 2014. The plaintiffs further lack good cause to extend the period for making service. Second, the Court lacks subject matter jurisdiction over this action on account of the doctrine of sovereign immunity from suit. The arguments in support of this motion are set forth in the accompanying Memorandum of Law in support of the Tribal Defendants' Motion to Dismiss.

---

[1] For ease of reference, the "Tribal Gaming Enterprise" and the "Individual Tribal Defendants" will be referred to collectively as the "Tribal Defendants."

1

WHEREFORE, the Tribal Defendants respectfully request that the Motion to Dismiss be granted.

Respectfully submitted,

DEFENDANTS MASHANTUCKET PEQUOT GAMING ENTERPRISE, ANNE CHEN, JEFF DECLERCK, EDWARD GASSER, GEORGE HENNINGSEN, FRANK LEONE, MICHAEL SANTAGATA, AND CHESTER SICARD

By: <u>//s// Thomas J. Murphy (ct07959)</u>
Thomas J. Murphy (ct07959)
James J. Healy (ct28447)
Cowdery & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103
(860) 278-5555 Office
(860) 249-0012 Facsimile
tmurphy@cowderymurphy.com
jhealy@cowderymurphy.com

Elizabeth Conway (ct09845)
Associate General Counsel
Mashantucket Pequot Tribal Nation
2 Matt's Path
Mashantucket, CT 06338
(860) 396-2099 Office
(860) 396-6295 Facsimile
bconway@mptn.org

- Their Attorneys –

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2015, I caused a copy of foregoing to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      //s// Thomas J. Murphy (ct07959)
      Thomas J. Murphy