UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHEUNG YIN SUN,
LONG MEI FANG,
ZONG YANG LI

     v.                                   3:14CV01098(JCH)

MASHANTUCKET PEQUOT GAMING
ENTERPRISE, ANNE CHEN, JEFF
DECLERCK, EDWARD GASSER,
GEORGE HENNINGSEN, FRANK LEONE,
MICHAEL ROBINSON, MICHAEL SANTAGATA,
CHESTER SICARD

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion for Judgment on the Pleadings and defendants' Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motions and on May 29, 2015, entered an Order, absent objection, granting defendant's Motion for Judgment on the Pleadings, dismissing plaintiff's claims against defendant Michael Robinson; and granting defendants' Motion to Dismiss, dismissing plaintiff's claims against defendants Anne Chen, Jeff DeClerck, Edward Gasser, George Henningsen, Frank Leone, Mashantucket Pequot Gaming Enterprise, Michael Santagata, and Chester Sicard.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, against the plaintiff and the case is closed.

Entered on Docket  6/1/2015

Dated at New Haven, Connecticut, this 1ST Day of June, 2015.

                                              Robin D. Tabora, Clerk


                                              By <u>/s/ Diahann Lewis</u>
                                                     Deputy Clerk